LAURA S. FLYNN, SBN 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:   (415) 981-6630
Facsimile:    (415) 982-1634
Email: lflynn@lowball.com

Attorneys for Defendants
CYCT MANAGEMENT GROUP, INC.,
KING TRIUMPH, LLC and
LINDA YU-LING TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON, <br><br> Plaintiff, <br><br> vs. <br><br> CYCT MANAGEMENT GROUP, INC.; KINGS TRIUMPH, LLC; LINDA YU-LING TU TRUST; LALEH HERAVI dba Fondue Fred; and DOES 1-20, Inclusive, <br><br> Defendant. | Case No. C11-03781 MEJ <br><br> [~~Proposed~~] ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AND SERVE AN OPPOSITION TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION AND COSTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 16, 2012, the Court received and reviewed Defendants' Application for an Extension of Time Within Which to File and Serve an Opposition to Plaintiff's Motion for an Award of Attorney Fees, Litigation and Costs.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defendants CYCT MANAGEMENT GROUP, INC., KING TRIUMPH, LLC and LINDA YU-LING TRUST's request for an extension of time to respond to Monday November 19, 2012 is granted.

Dated: November 16, 2012

_____
Honorable Maria-Elena James

GRANTED
Judge Maria-Elena James

-1-