GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   WALTER DELSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON,<br><br>   Plaintiff,<br><br>v.<br><br>CYCT MANAGEMENT GROUP, INC.; KINGS TRIUMPH, LLC; LINDA YU-LING TU TRUST; LALEH HERAVI dba Fondue Fred; and DOES 1-20, Inclusive,<br><br>   Defendants. | Case  No. C11-3781 MEJ<br>__Civil Rights__<br><br>**PLAINTIFF'S APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AND SERVE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION AND COSTS**<br><br>__Hearing__<br><br>Date:    December 13, 2012<br>Time:   10 a.m.<br>Place:   Federal Courthouse<br>            450 Golden Gate Ave.<br>            San Francisco, CA<br>/Judge:  Hon. Maria-Elena James |

I, PAUL L. REIN, declare as follows:

1. I have been attorney of record for plaintiff Walter Delson in this action.  I am an attorney in good standing licensed to practice in the courts of California and in the United States District Court for the Northern, Eastern and Central Districts of California.  I have been a lawyer for more than 43 years, since admission to the California Bar on January 9, 1969, after graduation from Boalt Hall, University of California, Berkeley in June, 1968.  For the past 37 years, I

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO
FILE REPLY TO DEFENDANTS' OPPOSITION
CASE NO. C11-3781 MEJ            -1-            S:\CASES\C\CYCT\PLEADINGS\Atty Fees\PLAINTIFF'S APPLICATION FOR EXTENSION.PL.wpd

1  have represented physically disabled persons in civil rights disability access
2  lawsuits.
3     2.    As attorney for plaintiff Walter Delson I filed a motion for plaintiff's
4  attorney fees, litigation expenses and costs on November 2, 2012, with supporting
5  declarations and exhibits (Docket Nos. 23 through 28-1), and served courtesy
6  copies by Federal Express "Second Day" to both sets of defense counsel.
7     3.    On November 16, 2012, the day that defendants' Opposition
8  pleadings were due to be filed, defense counsel Laura Flynn applied to the Court
9  for a three day extension of time, to Monday, November 19th, in which to file
10 Opposition pleadings on behalf of her clients, defendants CYCT Management
11 Group, Inc., Kings Triumph, LLC, and the Linda Yu- Ling Tu Trust (Docket
12 No. 29). While plaintiff filed an opposition to such extension based on prejudice
13 to plaintiff and violation of court rules (Docket Nos. 30 and 30-1), the Court's
14 Order granted defendants their requested extension (Docket No. 32).
15    4.    As noted in plaintiff's opposition (Docket No. 30, p.2, l.20 - p.2, l.7),

> I have personally handled all work on this attorney fees motion, and I would not have sufficient time to prepare plaintiff's Reply pleadings if defendants' application is granted. Thursday, November 22nd is Thanksgiving. The next morning, November 23rd, I leave on an 8:30 a.m. flight to Maui, Hawaii for a prepaid week long MCLE sanctioned annual legal seminar by Consumer Attorneys of California (CAOC). I also have prepaid return flight tickets for Sunday, December 2nd, arriving back at the Oakland Airport at 8:25 p.m., Sunday night. I will therefore be unable to work on the Reply from Thanksgiving, November 22nd, until my return to the office on Monday, December 3rd. Because of this prepaid trip, if defendants' application is granted allowing them to file their Opposition on Monday, November 19th - although the Reply would not be due until November 26th, while I was gone - I would effectively have only two days, until November 21st, in which to prepare the Reply, rather than the seven days provided in the court rules, or even the five days I would have if defendants file their motion today. This would severely prejudice my preparation.

26    5.    As the Court has granted defendants a three day extension to file
27 their attorney fees Opposition on November 19th rather than on November 16th,
28 thereby only affording me two days before the Thanksgiving holiday and my pre-

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO
FILE REPLY TO DEFENDANTS' OPPOSITION
CASE NO. C11-3781 MEJ                -2-                S:\CASES\C\CYCT\PLEADINGS\Atty Fees\PLAINTIFFS APPLICATION FOR EXTENSION.PL.wpd

1 paid trip to the attorneys' seminar in which to prepare plaintiff's attorney fees
2 Reply, I hereby request an extension of time in which to file plaintiff's Reply to
3 December 5, 2012.  This would provide me five days to work on the Reply while
4 I am in California, and would still provide the Court with the Reply eight days
5 prior to the hearing scheduled for December 13, 2012.

6       6.      This morning, at 11:48 a.m., I emailed a letter (**Exhibit 1**,
7 inadvertently dated "November 2, 2012" on the first page, but correctly dated
8 November 19, 2012 on the second page) and proposed Stipulation (**Exhibit 2**) to
9 both defense counsel, Laura Flynn and Jonathan Seigel, requesting that they
10 stipulate to extending plaintiff's Reply date to December 5th, and that each
11 respond in writing by 3 p.m.  While Mr. Seigel promptly signed the Stipulation
12 and sent it to us at 12:15 p.m., we have received no response whatsoever from
13 Ms. Flynn's office.

14       7.      Having made our best efforts to accomplish this by stipulation,
15 plaintiff now submits this application to the Court.

17       I declare the above statement to be true and correct to the best of my
18 knowledge and so declare under penalty of perjury, and under the law of the State
19 of California, on November 19, 2012, in the City of Oakland, California.

21                 /s/ Paul L. Rein
                PAUL L. REIN
22                 Attorney for Plaintiff
                WALTER DELSON

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO
FILE REPLY TO DEFENDANTS' OPPOSITION
CASE NO. C11-3781 MEJ   -3-   S:\CASES\C\CYCT\PLEADINGS\Atty Fees\PLAINTIFFS APPLICATION FOR EXTENSION.PL.wpd

# ORDER

Good cause having been shown, plaintiff's Reply brief shall be filed no later than December 5, 2012. The hearing on Plaintiff's attorney's fees motion is CONTINUED to January 17, 2013 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
MARIA-ELENA JAMES
United States Chief Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO
FILE REPLY TO DEFENDANTS' OPPOSITION
CASE NO. C11-3781 MEJ     -4-     S:\CASES\C\CYCT\PLEADINGS\Atty Fees\PLAINTIFFS APPLICATION FOR EXTENSION.PL.wpd