PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
WALTER DELSON

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON,<br><br>     Plaintiff,<br><br>v.<br><br>CYCT MANAGEMENT GROUP, INC.; KINGS TRIUMPH, LLC; LINDA YU- LING TU TRUST; LALEH HERAVI dba Fondue Fred; and DOES 1-20, Inclusive,<br><br>     Defendants.<br>_____/ | CASE NO.  C11-03781 MEJ<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Pursuant to FRCP Rule 41(a)(2) |

Plaintiff WALTER DELSON and Defendants CYCT MANAGEMENT GROUP, INC., KINGS TRIUMPH, LLC, and the LINDA YU- LING TU TRUST hereby jointly stipulate and request through their respective attorneys of record that the Court dismiss this case with prejudice pursuant to FRCP 41(a)(2).  This request and stipulation is based on the following good cause:

1. Whereas the only remaining issue in this case is payment of plaintiff's attorney fees in the amount of $81,851.50 as Ordered by the Court on April 30, 2013 (Docket no. 45);

2. Whereas defendants CYCT Management Group, Inc., King's Triumph, LLC, and Linda Lu-Ling Tu Trust have now paid this amount in full;

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ                    -1-                    C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - CYCT.wpd

1  3.  Whereas the parties have agreed to injunctive relief for barrier removal
2      pursuant to the Consent Decree entered on June 11, 2012, (Docket no 21),
3      and under which this Court will continue to have jurisdiction to enforce its
4      provisions;
5  4.  The parties therefore jointly stipulate and request that the Court grant a
6      dismissal of CYCT MANAGEMENT GROUP, INC., KINGS TRIUMPH,
7      LLC, and the LINDA YU- LING TU TRUST with prejudice without
8      entering judgment against defendants.
9  IT IS SO STIPULATED.
10
11  Dated: June 18, 2013                LAW OFFICES OF PAUL L. REIN
12
13                                       /s/Paul L. Rein
14                                  By PAUL L. REIN
                                       Attorneys for Plaintiff
                                       WALTER DELSON
15
16  Dated: June 18, 2013                LOW BALL & LYNCH
17
18                                       /s/Laura Flynn
19                                  By LAURA FLYNN, Esq.
                                       Attorneys for Defendants
                                       CYCT MANAGEMENT GROUP, INC.;
20                                     KINGS TRIUMPH, LLC; and LINDA YU-
                                       LING TU TRUST
21
22
23
24
25
26
27
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-03781 MEJ        -2-        C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - CYCT.wpd

# ORDER

Good cause having been shown, this case is dismissed with prejudice pursuant to FRCP 41(a)(2) as to defendants CYCT MANAGEMENT GROUP, INC.; KINGS TRIUMPH, LLC; and LINDA YU- LING TU TRUST.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
MARIA-ELENA JAMES
United States Chief Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ

−3−

C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - CYCT.wpd