1   PAUL L. REIN, Esq. (SBN 43053)
    CELIA MCGUINNESS, Esq. (SBN 159420)
2   CATHERINE M. CABALO, Esq. (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Drive, Suite A
    Oakland, CA  94612
4   Telephone:  510/832-5001
    Facsimile:   510/832-4787
5   reinlawoffice@aol.com

6   Attorneys for Plaintiff
    WALTER DELSON
7

8
                IN THE UNITED STATES DISTRICT COURT
9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WALTER DELSON,                          CASE NO.  C11-03781 MEJ
                                            Civil Rights
12          Plaintiff,

13  v.                                      STIPULATION AND **[PROPOSED]**
                                            **ORDER FOR DISMISSAL WITH**
14  CYCT MANAGEMENT GROUP,                  **PREJUDICE**
    INC.; KINGS TRIUMPH, LLC;
15  LINDA YU- LING TU TRUST;                Pursuant to FRCP Rule 41(a)(2)
    LALEH HERAVI dba Fondue Fred;
16  and DOES 1-20, Inclusive,

17          Defendants.
    _____/
18

19          Plaintiff WALTER DELSON and defendant LALEH HERAVI dba Fondue

20  Fred  hereby jointly stipulate and request through their respective attorneys of

21  record that the Court dismiss this case with prejudice pursuant to FRCP 41(a)(2).

22  This request and stipulation is based on the following good cause:

23  1.      Whereas the only remaining issue in this case is payment of plaintiff's

24          attorney fees in the amount of $81,851.50 as Ordered by the Court on April

25          30, 2013 (Docket no. 45);

26  2.      Whereas defendants CYCT Management Group, Inc., King's Triumph,

27          LLC, and Linda Lu-Ling Tu Trust have now paid this amount in full;

28  3.      Whereas the parties have agreed to injunctive relief for barrier removal

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ              –1–                    C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd

1   pursuant to the Consent Decree entered on June 11, 2012, (Docket no 21),

2   and under which this Court will continue to have jurisdiction to enforce its

3   provisions;

4   4.       The parties therefore jointly stipulate and request that the Court grant a

5   dismissal of this case with prejudice without entering judgment against

6   defendants.

7   IT IS SO STIPULATED.

8

9   Dated: June 18, 2013                    LAW OFFICES OF PAUL L. REIN

10

11                                          ___/s/Paul L. Rein_____
     By PAUL L. REIN
12   Attorneys for Plaintiff
     WALTER DELSON
13

14   Dated: June 5, 2013                    SCHEER LAW GROUP

15

16                                          ___/s/Jonathan Seigel_____
     By JONATHAN SEIGEL, Esq.
17   Attorneys for Defendant
     LALEH HERAVI dba Fondue Fred
18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF**
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ                    – 2 –                    C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd

1

**ORDER**

2          Good cause having been shown, this case is dismissed with prejudice

3    pursuant to FRCP 41(a)(2) as to LALEH HERAVI dba Fondue Fred.

4

5    **IT IS SO ORDERED.**

6    Dated: June _20_, 2013

7

8    _____
     MARIA ELENA JAMES
     United States Chief Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ

– 3 –

C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd