PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
WALTER DELSON

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON,<br><br>    Plaintiff,<br><br>v.<br><br>CYCT MANAGEMENT GROUP, INC.; KINGS TRIUMPH, LLC; LINDA YU- LING TU TRUST; LALEH HERAVI dba Fondue Fred; and DOES 1-20, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  C11-03781 MEJ<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE**<br><br>Pursuant to FRCP Rule 41(a)(2) |

Plaintiff WALTER DELSON and defendant LALEH HERAVI dba Fondue Fred hereby jointly stipulate and request through their respective attorneys of record that the Court dismiss this case with prejudice pursuant to FRCP 41(a)(2). This request and stipulation is based on the following good cause:

1. Whereas the only remaining issue in this case is payment of plaintiff's attorney fees in the amount of $81,851.50 as Ordered by the Court on April 30, 2013 (Docket no. 45);

2. Whereas defendants CYCT Management Group, Inc., King's Triumph, LLC, and Linda Lu-Ling Tu Trust have now paid this amount in full;

3. Whereas the parties have agreed to injunctive relief for barrier removal

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ               -1-               C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd

1  pursuant to the Consent Decree entered on June 11, 2012, (Docket no 21),
2  and under which this Court will continue to have jurisdiction to enforce its
3  provisions;
4. The parties therefore jointly stipulate and request that the Court grant a
5  dismissal of this case with prejudice without entering judgment against
6  defendants.
7  IT IS SO STIPULATED.

Dated: June 18, 2013                    LAW OFFICES OF PAUL L. REIN

　　　　　　　　　　　　　　　　　　　  /s/Paul L. Rein
                                        By PAUL L. REIN
                                        Attorneys for Plaintiff
                                        WALTER DELSON

Dated: June 5, 2013                     SCHEER LAW GROUP

                                         /s/Jonathan Seigel
                                        By JONATHAN SEIGEL, Esq.
                                        Attorneys for Defendant
                                        LALEH HERAVI dba Fondue Fred

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO. C11-03781 MEJ                  -2-            C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

# ORDER

Good cause having been shown, this case is dismissed with prejudice pursuant to FRCP 41(a)(2) as to LALEH HERAVI dba Fondue Fred.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
MARIA-ELENA JAMES
United States Chief Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO.  C11-03781 MEJ

−3−

C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Dismissal - Heravi.wpd